Matthew A. Rosenthal (SBN 279334)
matt@westgatelaw.com
Westgate Law
16444 Paramount Blvd., Suite 205
Paramount, CA 90723
Tel: (818) 200-1497
Fax: (818) 574-6022
Attorneys for Plaintiff,
JOHN SANTEE

## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| JOHN SANTEE | **Case No.: 2:21-cv-487** |
| Plaintiff; | **NOTICE OF SETTLEMENT** |
| v. | |
| CNU OF CALIFORNIA, LLC d/b/a CASH NET USA, | |
| Defendant. | |

**PLEASE TAKE NOTICE** that Plaintiff, Martin Arana and Defendant, Goldman Sachs Bank USA, have reached an agreement on all material terms required to settle all of Plaintiff's claims against Defendant pending in this action. The parties expect to file a stipulation to dismiss all of Plaintiff's claims asserted against Defendant within the next thirty (30) days.

Plaintiff respectfully requests this Honorable Court vacate all deadlines in the present matter.

RESPECTFULLY SUBMITTED,

Dated: May 24, 2021                    **WESTGATE LAW**

By: /s/ Matthew A. Rosenthal

Matthew A. Rosenthal
*Attorney for Plaintiff*

### **CERTIFICATE OF SERVICE**

I hereby certify that on May 24, 2021, I filed the forgoing document with the Clerk of the Court using the CM/ECF System, which provided notice of said filing to all parties and attorneys of record.

By:/s/  Matthew A. Rosenthal

Matthew A. Rosenthal