Matthew A. Rosenthal (SBN 279334)
matt@westgatelaw.com
Westgate Law
16444 Paramount Blvd., Suite 205
Paramount, CA 90723
Tel: (818) 200-1497
Fax: (818) 574-6022
Attorneys for Plaintiff,
JOHN SANTEE

**IN THE UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| JOHN SANTEE,<br><br>        Plaintiff;<br><br>    v.<br><br>CNU OF CALIFORNIA, LLC d/b/a CASH NET USA,<br><br>        Defendant. | Case No.: 2:21-cv-487<br><br>**VOLUNTARY DISMISSAL OF A CASE** |

**PLEASE TAKE NOTICE** that Plaintiff, JOHN SANTEE pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), gives notice that he voluntarily dismisses all claims in this action as to himself in his individual capacity *with prejudice*. Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed with prejudice without an Order of the Court.

RESPECTFULLY SUBMITTED,

DATED: June 7, 2021          WESTGATE LAW

By: /s/ Matthew A. Rosenthal
Matthew A. Rosenthal
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on June 7, 2021, I filed the forgoing document with the Clerk of the Court using the CM/ECF System, which provided notice of said filing to all parties and attorneys of record.

By: /s/ Matthew A. Rosenthal
Matthew A. Rosenthal